Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of MARTIN GOLD et al., Doing Business as CENTRAL FLUSH-ING MEDICAL GROUP, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Decision affirmed, with costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN H. BATES, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARNEST DEVEAUX, Appellant.—

Judgment affirmed. Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.

In the Matter of WILLIAM JOHN "N"*, a Person Alleged to be a Juvenile

* Fictitious Name.